AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERK'S OFFICE

Seyed Vajhav,
                Plaintiff,
2005 JAN 26  P 1:03

U.S. DISTRICT COURT
DISTRICT OF MASS

v.

City of Boston Credit Union,
                Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04-12400 MLW**

TO: (Name and address of Defendant)

City of Boston Credit Union
Room 242
City Hall, Boston

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert O. Berger
11 Beacon Street
Suite 1210
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 1 2 2004

CLERK                                         DATE

(By) DEPUTY CLERK