UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 11  A 10:48

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SEYED VAGHAR, | ) Case No.: 04 – 1240 MLW |
| Plaintiff, | ) MOTION TO EXTEND TIME FOR FILING ANSWER |
| vs. | ) |
| CITY OF BOSTON CREDIT UNION, | ) |
| Defendant | ) |

Now comes the City of Boston Credit Union and moves to extend the time for filing the Defendant's Answer or other responsive pleadings to March 15, 2005.

ATTORNEY FOR DEFENDANT

*[signature]*

Robert M. Franklin, BBO# 177740
685 Centre Street
Jamaica Plain, MA 02130
Tel. 617 524 7161
Fax 617 524 7164


**ASSENTED TO:**
ATTORNEY FOR PLAINTIFF

*[signature]*

Robert O. Berger, BBO#038900
11 Beacon Street, Suite 1210
Boston, MA 02108
Tel. 617 423 7575
Fax  617 275 8000

-1-