UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-12400MLW

SEYED VAGHAR
            Plaintiff

v.

CITY OF BOSTON CREDIT UNION
            Defendant

## DEFENDANT CITY OF BOSTON CREDIT UNION'S ANSWER TO COMPLAINT

1. This defendant admits the allegations contained in paragraph 1 of the Complaint.

2. This defendant admits all allegations contained in paragraph 2 of the Complaint, except that it denies that it is a banking organization.

3. This defendant denies the allegations contained in paragraph 3 of the Complaint.

4. This defendant denies the allegations contained in paragraph 4 of the Complaint, except that it admits that Plaintiff applied for a loan in May, 2004.

5. This defendant denies the allegations contained in Paragraph 5 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

6. This Complaint fails to state a claim upon which relief may be granted.

CITY OF BOSTON CREDIT UNION
Defendant
By its attorney,

/s/ Harvey Weiner
_____
Harvey Weiner, Esq.
BBO #519840
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Harvey Weiner, do hereby certify that I have this day served the foregoing **City of Boston Credit Union's Answer to Complaint,** to all counsel of record to this action by mailing the same, postage prepaid to:

Robert O. Berger, Esquire
11 Beacon Street, Suite 1210
Boston, MA 02108


/s/ Harvey Weiner
_____
Harvey Weiner

Dated: February 28, 2005
PABOS2:HWEINER:606872_1

2