UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-12400MLW

SEYED VAGHAR
Plaintiff

v.

CITY OF BOSTON CREDIT UNION
Defendant

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF CITY OF BOSTON CREDIT UNION**

Pursuant to Local Rule 7.3(A), defendant City of Boston Credit Union makes this

following corporate disclosure statement.  City of Boston Credit Union is a Massachusetts Credit

Union.  No publicly held company owns more than ten percent (10%) of its stock.

Dated: Boston, Massachusetts
February 28, 2005

CITY OF BOSTON CREDIT UNION
Defendant
By its attorney,

/s/ Harvey Weiner
_____

Harvey Weiner, Esq.
BBO #519840
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Harvey Weiner, do hereby certify that I have this 28th day of February, 2005 served the foregoing **Local Rule 7.3 Corporate Disclosure Statement of City of Boston Credit Union,** to all counsel of record to this action by mailing the same, postage prepaid to:

Robert O. Berger, Esquire
11 Beacon Street, Suite 1210
Boston, MA 02108

/s/ Harvey Weiner

_____

Harvey Weiner