UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.04-12400MLW

SEYED VAGHAR
Plaintiff

v.

CITY OF BOSTON CREDIT UNION
Defendant

### CERTIFICATION OF DEFENANT CITY OF BOSTON CREDIT UNION PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that an authorized representative of the Defendant, City of Boston Credit Union, and its counsel have conferred regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirm the preceding.

CITY OF BOSTON CREDIT UNION
Defendant
By its attorney,

_____
Harvey Weiner, Esq.
BBO #519840
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CITY OF BOSTON CREDIT UNION

By: _____
Robert McCauley, Vice President

Case 1:04-cv-12400-JGD    Document 6    Filed 03/02/2005    Page 2 of 2