LAW OFFICES OF

# ROBERT O. BERGER

11 BEACON STREET, SUITE 1210
BOSTON, MASSACHUSETTS 02108
TEL (617) 423-7575
FAX (617) 275-8000
ROBerger.Atty@verizon.net

July 7, 2005

Dennis O'Leary, Courtroom Clerk
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Seyed Vaghar*
v.    *City of Boston Credit Union*
      United States District Court for the District of Massachusetts
      Civil Action #: 04-12400-MLW

Dear Mr. O'Leary:

   Please refer this case to the magistrate.

                                              Sincerely,

                                              *[signature]*

                                              Robert O. Berger, Esq.

ROB/cjk
cc: Robert M. Franklin, Esq.
    Seyed Vaghar
    Harvey Weiner, Esq.