```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


SEYED VAGHAR,                        )
     Plaintiff(s),                   )
                                     )
     v.                              )    C.A. No. 04-12400-MLW
                                     )
CITY OF BOSTON CREDITUNION,          )
     Defendant(s)                    )
```

ORDER

WOLF, D.J.                                              August 4, 2005

    The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Dein, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this case is hereby REASSIGNED to Magistrate Judge Dein for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).


```
                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT
```