UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-1240MLW

SEYED VAGHAR
Plaintiff

v.

CITY OF BOSTON CREDIT UNION
Defendant

**RULE 16.1 JOINT STATEMENT**

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and this Court's March 6, 2006 Notice Resetting the Scheduling Conference, the parties submit the following Joint Statement.

**I.    Proposed Discovery Plan**

The parties propose the following schedule for discovery:

| Activity | Date |
| --- | --- |
| Federal R. Civ. P. 26(a) Disclosures | April 17, 2006 (within 21 days of March 27, 2006 Scheduling Conference) |
| Interrogatories and Document Requests Served | May 1, 2006 |
| Non-Expert Depositions Completed and Plaintiff's Expert Disclosures, if any. | October 2, 2006 |
| Defendant's Expert Disclosures, if any | November 2, 2006 |
| Expert Depositions Completed | December 1, 2006 |

II.     **Proposed Motion Schedule**

The parties propose the following motion schedule:

| Activity | Date |
|---|---|
| Summary Judgment Motions | Filed by January 15, 2007 |
| Opposition to Summary Judgment Motion | Filed within 14 days of service of Motion |
| Reply to Opposition | Filed within 14 days of service of Opposition |
| Pretrial Conference | At the Court's discretion |
| Trial | At the Court's discretion. |

III.    **Certifications**

The defendant has previously filed its certification pursuant to Local Rule 16.1(D)(3).

IV.     **Trial by Magistrate Judge**

The parties assent to trial by Magistrate Judge.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| SEYED VAGHAR, | CITY OF BOSTON CREDIT UNION |
| By his attorney, | By its attorneys, |
| /s/Robert O. Berger, III | /s/Harvey Weiner |
| Robert O. Berger, III, BBO#038900<br>11 Beacon Street, Suite 1210<br>Boston, MA 02108<br>(617) 423-7575 | Harvey Weiner, BBO#519840<br>Elizabeth A. Houlding, BBO#645981<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

Date: March 17, 2006

## CERTIFICATE OF SERVICE

    I, Harvey Weiner, hereby certify that I have this 17th day of March, 2007, served a copy of the foregoing document upon all counsel of record by mailing a copy of same, postage prepaid, to:

> Robert O. Berger, III
> 11 Beacon Street
> Suite 1210
> Boston, MA 02108

    /s/Harvey Weiner

    _____

PABOS2:EHOULDI:634347_1
193-91099