UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-1240MLW

SEYED VAGHAR
Plaintiff

v.

CITY OF BOSTON CREDIT UNION
Defendant

**NOTICE OF APPEARANCE**

Please enter the appearance of Elizabeth A. Houlding in the above-named matter as counsel for the defendant City of Boston Credit Union.

Respectfully submitted,

Defendant,

CITY OF BOSTON CREDIT UNION

By its attorneys,

/s/Elizabeth A. Houlding
_____
Harvey Weiner, BBO#519840
Elizabeth A. Houlding, BBO#645981
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Date: March 17, 2006

PABOS2:EHOULDI:634452_1
193-91099

2

CERTIFICATE OF SERVICE

    I, Elizabeth A. Houlding, hereby certify that I have this 17th day of March, 2007, served a copy of the foregoing document upon all counsel of record by mailing a copy of same, postage prepaid, to:

    Robert O. Berger, III
    11 Beacon Street
    Suite 1210
    Boston, MA 02108

    /s/Elizabeth A. Houlding

    _____

PABOS2:EHOULDI:634452_1
193-91099