UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEYED VAGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12400-JGD |
| CITY OF BOSTON | ) | |
| CREDIT UNION | ) | |
| | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

A status conference was held before this court on March 27, 2006 in accordance with Fed. R. Civ. P. 16(b). In accordance with that conference, the court adopts the parties' proposed schedule and it is hereby ORDERED as follows:

1. The parties shall complete Fed. R. Civ. P. 26(a) disclosures by **April 17, 2006.**

2. The parties shall complete interrogatories and document requests shall be served by **May 1, 2006.**

3. Fact discovery shall be completed by **October 2, 2006**.

4. The next status conference shall take place on **September 13, 2006 at 2:15 p.m.** in courtroom #15 on the 5th Floor. At that time the parties shall be prepared to discuss:

    (a) the status of the case; and
    (b) the use of alternative dispute resolution ("ADR") programs.

5. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 4 above. With respect to the use of ADR, the parties shall

      indicate whether an agreement has been reached, but are not obligated to identify their respective positions

                                             / s / Judith Gail Dein  
                                          Judith Gail Dein  
                                          United States Magistrate Judge

DATED: March 27, 2006