UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEYED VAGHAR<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON CREDIT UNION<br>    Defendant | CIVIL ACTION NO. 04-CV-12400-JGD |

### DEFENDANT'S INITIAL DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 26(a)(1) and Expense and Delay Reduction Plan R. 2:02(a), the defendant makes the following disclosures.

 **A.** **Individuals Likely to Have Discoverable Information (Rule 26(a)(1)(A)).**

The following individuals are likely to have discoverable information that the defendant may use to support its claims and defenses. In identifying the following individuals, the defendant does not intend to waive any otherwise applicable privileges:

    Seyed Vaghar
    190 Florence Avenue
    Arlington, MA 02476
    (617) 788-8300

    Zahra Akbarian
    190 Florence Avenue
    Arlington, MA 02476
    (781) 648-4344

    Regina R. Hanlon
    93 Byron Street
    East Boston, MA 02128
    (617) 788-8304

        Robert McCauley
        City of Boston Credit Union
        City Hall, Room 242
        Boston, MA 02201
        (617) 635-4545

        Members of the Credit Union's Credit
        Committee:

        Eugene McCarthy
        Maureen Hart
        John P. Hardiman
        City of Boston Credit Union
        City Hall, Room 242
        Boston, MA 02201

**B.** **Description and Location of Documents and Things (Rule 26(a)(1)(B)).**

Documents relating to the loan application are in the possession of defense counsel, Elizabeth A. Houlding, Esq., Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110.

**C.** **Computation of Damages (Rule 26(a)(1)(C)).**

Inapplicable. The defendant is not claiming any damages at this time.

**D.** **Insurance Agreements (Rule 26(a)(1)(D)).**

The defendant will produce a copy of the relevant insurance policy. The defendant reserves its right to supplement and amend this Initial Disclosure Statement.

        By its Attorneys,

        /s/Elizabeth A. Houlding

        Harvey Weiner, BBO#519840
        Elizabeth A. Houlding, BBO#645981
        Peabody & Arnold, LLP
        30 Rowes Wharf
        Boston, MA 02110
        617-951-2100

Date: April 14, 2006
636253_1
193-91099

## **CERTIFICATE OF SERVICE**

I, Elizabeth A. Houlding, do hereby certify that I have this 14th day of April, 2006 served the foregoing document to all counsel of record in this action by mailing a copy of same, postage prepaid to:

>Robert O. Berger, Esquire
>11 Beacon Street, Suite 1210
>Boston, MA 02108

>_____
>Elizabeth A. Houlding

PABOS2:EHOULDI:636253_1
193-91099