UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12400MLW

SEYED VAGHAR,

Plaintiff

v.

CITY OF BOSTON CREDIT UNION,

Defendant

## JOINT STATEMENT REGARDING STATUS

Pursuant to the Court's Scheduling Order dated March 27, 2006, the parties hereby report on the status of this matter. Discovery is proceeding. The plaintiff's deposition was conducted on September 8, 2006. The parties have already engaged in pre-discovery ADR through the Court's ADR service, and that attempt at mediation was unsuccessful. The parties have not ruled out a further attempt at mediation, but have agreed at this time only to discuss that possibility further.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| SEYED VAGHAR, | CITY OF BOSTON CREDIT UNION |
| By his attorney, | By its attorneys, |
| /s/ Robert O. Berger, III | /s/ Elizabeth A. Houlding |
| _____ | _____ |
| Robert O. Berger, III, BBO#038900 | Harvey Weiner, BBO#519840 |
| 11 Beacon Street, Suite 1210 | Elizabeth A. Houlding, BBO#645981 |
| Boston, MA 02108 | PEABODY & ARNOLD LLP |
| (617) 423-7575 | 30 Rowes Wharf |
| | Boston, MA  02110 |
| | (617) 951-2100 |

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Houlding, hereby certify that I have this 8th day of September, 2006, served a copy of the foregoing document upon all counsel of record by electronically serving same upon: RobertBergerR@aol.com.

                                                  /s/ Elizabeth A. Houlding
                                                  _____
                                                  Elizabeth A. Houlding

PABOS2:EHOULDI:645033_1
193-91099