UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEYED VAGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12400-JGD |
| CITY OF BOSTON | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

# **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete all fact discovery by **October 2, 2006**.

2. Any motions for summary judgment shall be filed by **January 15, 2007**. Responses to summary judgment motions shall be filed fourteen (14) days from the service of the motion for summary judgment; any replies shall be filed fourteen (14) days from the service of the response.

3. Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

           / s / Judith Gail Dein
           Judith Gail Dein
           United States Magistrate Judge

DATED: September 13, 2006