UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12400MLW

| | |
|---|---|
| SEYED VAGHAR, | |
| Plaintiff | |
| v. | |
| CITY OF BOSTON CREDIT UNION, | |
| Defendant | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii), plaintiff, Seyed Vaghar, and defendant, City of Boston Credit Union, hereby stipulate to the dismissal of this action with prejudice, without rights of appeal, and without costs to either party.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| SEYED VAGHAR, | CITY OF BOSTON CREDIT UNION |
| By his attorney, | By its attorneys, |
| /s/ Robert O. Berger, III | /s/ Elizabeth A. Houlding |
| Robert O. Berger, III, BBO#038900<br>11 Beacon Street, Suite 1210<br>Boston, MA 02108<br>(617) 423-7575 | Harvey Weiner, BBO#519840<br>Elizabeth A. Houlding, BBO#645981<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA  02110<br>(617) 951-2100 |

CERTIFICATE OF SERVICE

    I, Elizabeth A. Houlding, hereby certify that I have this 18th day of January, 2007, served a copy of the foregoing document upon all counsel of record by electronically serving same upon: RobertBergerR@aol.com.

                                                  /s/ Elizabeth A. Houlding
                                                _____
                                                Elizabeth A. Houlding

PABOS2:EHOULDI:653323_1
193-91099